IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

IN RE:                              )
                                    )
James Harold Campbell               )     BK NO. 14-71101-BGC-13
Tara Antionette Rose Campbell       )
                                    )
        DEBTOR.                     )

## OBJECTION TO CLAIM

Come now the Debtors in the above referenced matter and move this Honorable Court as follows:

1. Debtors object to the claim filed by Cerastes, LLC (i.e. claim #10).

2. This claim is based upon a debt supposedly owed to Vip Cash. Said debt was purchased by Ophrys, LLC and subsequently sold to Cerastes, LLC.

3. Debtors contend that they never borrowed money from Vip Cash, and thus, do not owe anything to Cerastes, LLC.

4. Cerastes, LLC has not included any attachments with their claim showing any proof of a debt owed by Debtors.

5. Debtors request that said claim be disallowed.

WHEREFORE, Debtor requests this Honorable Court to sustain the objection to said claim and that it be disallowed.

Respectfully Submitted,

/s/ Eric M. Wilson
Eric M. Wilson
The Law Firm of Eric M. Wilson, LLC
1902 8th Street

Tuscaloosa, AL  35401
(205) 349-1280




**Certificate of Service**

      This is to certify that I have this day served the creditor the following in the foregoing matter with a copy of same in the U.S. Mail in a properly addressed envelope with correct postage thereon.

**Cerastes, LLC,
c/o Weinstein, Pinson & Riley, PS
2001 Western Ave, Ste 400
Seattle, WA 98121**

      THIS the 14th day of October 2014.

                                           /s/ Eric M. Wilson