```
                              United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                                        Case No. 14-71101-JHH
James Harold Campbell                                                         Chapter 13
Tara Antionette Rose Campbell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1126-7        User: admin              Page 1 of 2              Date Rcvd: Nov 09, 2018
                            Form ID: pdfsty          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2018.

```
db/jdb         +James Harold Campbell,    Tara Antionette Rose Campbell,    2201 56th Street East,
                 Tuscaloosa, AL 35405-5241
cr             +MTGLQ Investors, LP, By Rushmore Loan Management S,    P.O. Box 55004,    Irvine, CA 92619-5004
cr              U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,    Santa Ana
8350003        +CERASTES LLC,    C/O WEINSTEIN PINSON AND RILEY PS,    2001 WESTERN AVENUE STE 400,
                 SEATTLE WA 98121-3132
8322136        +Capstone Finance,    2115 University Blvd,    Tuscaloosa, AL 35401-1539
8322132         Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
8322142        +City Credit Union,    C/O Mark C. Nelson Attorney for Plaintif,    PO Box 1788,
                 Tuscaloosa, AL 35403-1788
8416087         Equity Trust Company,    PO Box 16354,    Rochester, NY 14616-0354
8322138        +First Sun Finance,    2210 University Blvd,    Tuscaloosa, AL 35401-0703
8449094         JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE LA4-5555,    700 KANSAS LANE MONROE, LA 71203
9540558        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
9874416        +U.S. Bank Trust National Association, As Trustee,    323 5th Street,    Eureka, CA 95501-0305
8487543         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI   53708-8973
8322140         Wells Fargo,    1516 Skyland Blvd East,    Tuscaloosa, AL 35405-4232
8446847         Wells Fargo Bank,    Overdraft Recovery,    P.O. Box 50014,    Roanoke, VA 24040-0014
8447701        +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2018 03:12:05
                 Recovery Management Systems Corporation,    Synchrony Bank,    Attn: Ramesh Singh,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
8328729        +E-mail/Text: g20956@att.com Nov 10 2018 03:05:52     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
8422105         E-mail/Text: bankruptcies@alliancecollectionservice.com Nov 10 2018 03:06:55
                 Alliance Collection Service Inc,    PO Box 49,    Tupelo MS 38802-0049
8366665        +E-mail/Text: bnc@atlasacq.com Nov 10 2018 03:02:27     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
8328728        +E-mail/Text: g17768@att.com Nov 10 2018 03:02:23     BellSouth Telecommunications, Inc.,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
8322137         E-mail/Text: bk@creditcentralllc.com Nov 10 2018 03:05:46     Credit Central,
                 2600 McFarland Blvd East,    Suite E,    Tuscaloosa, AL 35405
8322133        +E-mail/Text: cmccool@eplinc.com Nov 10 2018 03:04:02     City Credit Union,
                 2302 Jack Warner Parkway,    Tuscaloosa, AL 35401-1034
8330445        +E-mail/Text: dlsbankruptcy@bellsouth.net Nov 10 2018 03:05:28     DCH Regional Medical Center,
                 c/o Dishuck & LaCoste,    P.O. Box 20677,    Tuscaloosa, Al 35402-0677
8466728        +E-mail/Text: lisa@galwayfinancialservices.com Nov 10 2018 03:06:39
                 Galway Financial Services LLC,    1290 W Spring Street Ste 270,    Smyrna GA 30080-3690
9570974         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 10 2018 03:05:15     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
8332853        +E-mail/Text: bankruptcy@regionalmanagement.com Nov 10 2018 03:02:24
                 REGIONAL MANAGEMENT CORPORATION,    PO BOX 776,    MAULDIN, SC 29662,   ( 29662-0776
8344019         E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2018 03:13:00
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
8340680         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 10 2018 03:13:03     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
8322134        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 10 2018 03:13:03     Regional Acceptance Corporation,
                 1351 East Bardin Road #251,    Arlington, TX 76018-2136
8322139        +E-mail/Text: bankruptcy@regionalmanagement.com Nov 10 2018 03:02:24
                 Regional Finance of Tuscaloosa,    2001 Skyland Blvd,    Suite C1,    Tuscaloosa, AL 35405-1545
8443010         E-mail/Text: newbk@Regions.com Nov 10 2018 03:05:02     Regions Bank,
                 Consumer Collections    BH40402B,    P. O. Box 10063,    Birmingham, AL 35202-0063
8322135         E-mail/PDF: cbp@onemainfinancial.com Nov 10 2018 03:12:32     Springleaf Finance,
                 16A McFarland Blvd,    Northport, AL 35476-3348
8351980         E-mail/PDF: cbp@onemainfinancial.com Nov 10 2018 03:13:25
                 Springleaf Financial Services, Inc,    PO Box 3251,    Evansville IN 47731-3251,   (800)266-9800,
                 CBP@SPRINGLEAF.COM
9841071        +E-mail/Text: bknotices@snsc.com Nov 10 2018 03:06:35     U.S. Bank Trust Nt Assoc Trustee of,
                 the Chalet Series,    c/o SN Servicing Corp,    323 5th Street,    Eureka, CA 95501-0305
8322141         E-mail/PDF: bk@worldacceptance.com Nov 10 2018 03:13:13     World Finace,    PO Box 6249,
                 Greenville, SC 29606
8328905        +E-mail/PDF: bk@worldacceptance.com Nov 10 2018 03:12:17     World Finance Corporation,
                 604 Skyland Boulevard E,    Tuscaloosa, AL 35405-4037
                                                                                              TOTAL: 21
```

```
District/off: 1126-7          User: admin              Page 2 of 2              Date Rcvd: Nov 09, 2018
                              Form ID: pdfsty          Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                U.S. Bank Trust National Association, as Trustee o
cr                Wells Fargo Bank N.A,    PO BOX 50014
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems LLC,    PO Box 7999,
                  St Cloud, MN  56302-9617)
8449271*       +CERASTES, LLC,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
8416088*        Equity Trust Company,    PO Box 16354,    Rochester, NY 14616-0354
8352642*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court:   Springleaf Financial Services, Inc,    PO Box 3251,
                  Evansville IN 47731-3251,    (800)266-9800,    CBP@SPRINGLEAF.COM)
                                                                                        TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              C David Cottingham    dcottingham@ch13tuscaloosa.com,  dcottingham13@ecf.epiqsystems.com
              Donald M Wright    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               dwright@sirote.com
              Enslen  Crowe    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               ndbankruptcy@sirote.com
              Eric M Wilson    on behalf of Debtor James Harold Campbell notices@ericwilsonlaw.com,
               notices@ericwilsonlaw.com
              Eric M Wilson    on behalf of Joint Debtor Tara Antionette Rose Campbell notices@ericwilsonlaw.com,
               notices@ericwilsonlaw.com
              Jackson E Duncan, III    on behalf of Creditor    Chalet Series III Trust
               jackson.duncan@mccalla.com,  bankruptcyecfmail@mccalla.com
              Michael  McCormick    on behalf of Creditor    Rushmore Loan Management Services, LLC
               BankruptcyECFMail@mccallaraymer.com,  mjm@mccallaraymer.com
              Michael  McCormick    on behalf of Creditor    MTGLQ Investors, LP, By Rushmore Loan Management
                Services, LLC, the Servicing Agent, BankruptcyECFMail@mccallaraymer.com,  mjm@mccallaraymer.com
                                                                                                   TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:
JAMES HAROLD CAMPBELL,     CASE NO.: 14-71101-JHH13
TARA ANTIONETTE ROSE,
    DEBTOR.
_____/

### RULE 3015 NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING

**This order modifies the terms of the debtor(s)' confirmed chapter 13 plan (the "Plan Modification").** If you object to the Plan Modification, you must file an objection with the clerk of court (an "Objection") by **December 3, 2018** (the "Objection Deadline"), and you must serve the Objection on all appropriate persons. **The chapter 13 trustee has reserved the right to object to the Plan Modification but may elect not to file an Objection.** Objections must be filed with the clerk of court electronically, by hand delivery, or by mail. The clerk's office is located at 2005 University Boulevard, Room 2300, Tuscaloosa, Alabama 35401. If you mail your Objection to the clerk's office, you must send the Objection in time for the clerk's office to **receive** your Objection by the Objection Deadline. **The Court will not consider untimely Objections.** If you timely file and serve an Objection, the court will hold a hearing to consider the Plan Modification and your Objection, and the clerk's office will notify you, and all other appropriate persons, of the time, date, and place of the hearing. If no interested party timely files and serves an Objection, the Plan Modification will become effective on December 4, 2018 (the "Effective Date"), without further notice or hearing

### CONSENT ORDER CONDITIONALLY
### DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This Matter was set for hearing on June 19, 2018, upon the Motion for Relief from the Automatic Stay ("Motion for Relief") of MTGLQ Investors, LP, Rushmore Loan Management Services, LLC (hereinafter, "Movant) seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the enforcement of the lien against the real property located at and commonly known as 2201 56th Street East, Tuscaloosa, Alabama, FL 35405, and further described in Exhibit "A" of the Motion for Relief filed with the Court on May 24, 2018 (Docket #104). Notice of the hearing was given. Based upon the pleadings, affidavit and consent of all parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion for Relief is denied conditionally.

**IT IS FURTHER ORDERED** that the total post petition delinquency owed to Movant as of July 2018, is as follows:

| | |
|---|---|
| 4 Payments (5/18 - 7/18 at $340.19 per month | $1020.57 |
| Court Cost | $1,031.00 |
| Less Suspense | ($3.84) |
| Total Postpetition Arrearage | $2047.73 |

**IT IS FURTHER ORDERED** that subject to the occurrence of the Effective Date, Movant is granted a secured claim for the postpetition arrearage above, payable by the Trustee upon Movant filing a proper proof of claim at a monthly fixed amount of $228.00, and debtor's plan payments are increased to $2,405.00 per month. Movant shall file said Supplemental Proof of Claim for the

above arrearage amount within forty-five (45) days of the entry of this Order. Should Movant fail to file said supplemental claim within said time frame, Debtor shall be authorized for file a claim on behalf of the creditor for the above amount.

**IT IS FURTHER ORDERED** that should Movant and/or its successors and assigns fail to receive any payment specified herein and any regular monthly payments from Debtor (August 2018) pursuant to the terms of the loan documents, and after a twenty (20) day written notice of default to Debtor, Debtor's attorney, and Trustee, and if the Debtor does not cure the default within the twenty (20) days, Movant shall file a notice of termination of stay with the Court, with service upon Debtor and Debtor's attorney, and Trustee, and the stay provided under 11 U.S.C. Section 362 shall terminate automatically without further order of this Court, as it relates to the enforcement of the lien regarding the aforementioned property, and Movant, its successor and assigns, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of the note and mortgage and the laws of the State of Alabama. Should the automatic stay terminate pursuant to the provisions of this paragraph, upon the filing of a Notice of Termination, Trustee is authorized to reduce the secured claim of creditor to the amount paid by the Trustee. Creditor shall have ninety (90) days from the date of the filing of any such Notice of Termination to file an unsecured claim for any deficiency balance, which shall be subject to discharge in the case and paid pro rata with other nonpriority unsecured claims not separately classified by the plan. This Order shall not be stayed pursuant to Fed.R.Bankr.P. 4001(a)(3). The provisions of this Order shall continue to remain in force and effect upon the conversion of this case to any other chapter of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that in the event a notice of default is issued pursuant to Debtor's noncompliance with this Order, Movant may recover reasonably attorney fees and costs for preparing such notice as allowed in accordance with the provisions of the note and mortgage and the laws of the State of Alabama. Waiver of default shall not constitute waiver of any subsequent default.

**IT IS FURTHER ORDERED** that Movant and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Final agreements are subject to Court approval. Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse, unless included in a reaffirmation agreement in a Chapter 7 case.

**IT IS FURTHER ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

**IT IS FURTHER ORDERED** that in the event the stay is lifted and the property is foreclosed, any deficiency will be treated as a general unsecured claim and will be discharged at the end of the case.

**IT IS FURTHER ORDERED** that in the event the stay is lifted, the secured claim will be reduced to the amount paid and creditor shall have ninety (90) days to file an unsecured deficiency claim.

**DONE** this the 9th day of November 2018.    /s/ JENNIFER H. HENDERSON
                                               UNITED STATES BANKRUPTCY JUDGE

This Order prepared by and consented to by:

*/s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for INSERT
McCalla Raymer Leibert Pierce, LLC
2 North 20th Street, Suite 1000
Birmingham, Alabama 35203
Phone: (205) 443-0081
Email: Jackson.Duncan@mccalla.com


This Order consented to by:

*/s/ Eric M. Wilson w/permission*
Eric M Wilson
Attorney for Debtor
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401