UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                                CASE NO: 14-71101-JHH

JAMES CAMPBELL and                                CHAPTER 13
TARA CAMPBELL

        DEBTORS.

## TRUSTEE'S OBJECTION AND MOTION TO DISMISS FOR LACK OF FEASIBILITY

      Comes now C. David Cottingham, Standing Trustee (the "Trustee"), and, pursuant to Sections 1329(b) and 1325(a)(6), timely objects to and requests a hearing on the plan modification (the "Plan Modification") set forth in the Court's November 9, 2018 order (Doc. 114), because the Plan Modification is not feasible.

      WHEREFORE, all things considered, the Trustee requests that this Court dismiss the above-referenced bankruptcy for lack of feasibility and grant any further relief it deems necessary.

This the 30th day of November, 2018.                 /s/ C. David Cottingham
                                                                          C. David Cottingham, Standing Trustee

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the above Objection upon the Attorney for the Debtors, the Debtors, and the following parties by mailing a copy of the same with adequate postage thereon or by electronic means when available:

Eric M. Wilson
Eric Wilson Law, LLC
1902 8th Street
Tuscaloosa, AL 35401

James and Tara Campbell
2201 56th Street East
Tuscaloosa, AL 35405

Jackson E. Duncan, III
McCalla Raymer Leibert Pierce, LLC
2 North 20th Street, Ste 1000
Birmingham, AL 35203

This the 30th day of November, 2018.                 /s/ C. David Cottingham
                                                                          C. David Cottingham, Standing Trustee