# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

| | |
|---|---|
| James Harold Campbell } | **Case No: 14-71101-JHH13** |
| SSN: XXX-XX-8715 } | |
| Tara Antionette Rose Campbell } | |
| SSN: XXX-XX-8789 } | |
| DEBTOR(S). } | |

## ORDER WITHDRAWING

This matter came before the Court on Wednesday, January 09, 2019 09:15 AM, for a hearing on the following:

RE: Doc #116; Trustee's Objection to Plan Modification in Negative Notice Order dated 11/09/2018 (Doc. 114) and Motion to Dismiss for Lack of Feasibility

Proper notice of the hearing was given and appearances were made by the following:

Eric M Wilson, attorney for James Harold Campbell (Debtor)
Eric M Wilson, attorney for Tara Antionette Rose Campbell (Joint Debtor)
Josh Johnson, Staff Attorney for Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings, evidence, and all other matters before the court, and for the reasons stated on the record of the hearing, the trustee's withdrawal of the trustee's objection to plan modifications and motion to dismiss case for lack of feasibility (Doc. 116) is APPROVED, and the plan modifications set forth in the court's order dated November 9, 2018 (Doc. 114) are effective as of the above-referenced hearing date. Without limitation, the post-petition arrearage claim of MTGLQ Investors, LP, Rushmore Loan Management Services, LLC (claim number 28) shall receive a monthly fixed payment in the amount of $228.00, and the debtor(s)' plan payments are increased to $2,405.00 monthly.

Dated: 01/14/2019

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge